IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ADOLFO MARTINEZ                                                                                      PLAINTIFF

v.                                       Civil No. 4:20-cv-04025

COMMISSIONER, SOCIAL                                                                            DEFENDANT
SECURITY ADMINISTRATION

## ORDER

Before the Court is the Defendant's Motion for Stay of Proceedings. ECF No. 10. Defendant requests to stay the proceedings in this case until such time as the Social Security Administration (SSA) regains the capacity to produce a certified transcript of the record necessary to answer and adjudicate the case. *Id.* Defendant states that due to the steps taken by the SSA to protect the health of its employees and prevent the further spread of COVID-19, staff members are teleworking which means that the in-person physical tasks associated with preparing the transcript cannot be accomplished. *Id.*

The Court understands the issue at hand, but does not believe a stay of proceedings is needed. Instead, the Court will grant an extension of time for Defendant to file an Answer and to file the certified administrative record.

**IT IS HEREBY ORDERED** Defendant's Motion for Stay of Proceedings (ECF No. 10) is **DENIED,** however the Court will extend the time for filing an Answer and the certified administrative record. Defendant shall file its Answer and the certified administrative record on or before August 10, 2020.

**IT IS SO ORDERED** this 10th day of June 2020.

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE